UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEDGRA BAKER,<br><br>                                    Plaintiff,<br><br>            -against-<br><br>MTA BUS COMPANY, *et al.*,<br><br>                                    Defendants. | Case No. 1:18-cv-12231-TMR-KHP |

**NOTICE OF INTENT TO REQUEST REDACTION**

Notice is hereby given that a statement of redaction of sensitive information will be submitted to the court reporter/transcriber within 21 days from the filing of the transcript with the Clerk of Court, and/or a letter-motion to seal sensitive information will be submitted to the Court.

July 17, 2023

                                                                    Respectfully,

                                                                    */s/ G. Alejandro Carvajal*
                                                                    G. Alejandro Carvajal

                                                                    **CRAVATH, SWAINE & MOORE LLP**
                                                                    825 Eighth Avenue
                                                                    New York, New York 10019
                                                                    Telephone: (212) 474-1109
                                                                    acarvajal@cravath.com

Hon. Timothy M. Reif
    United States Court of International Trade
        1 Federal Plaza
            New York, NY 10278

Copy to:

Gabriella Palencia, Esq.
Robert Drinan, Esq.
    MTA Bus Company
        2 Broadway
            New York, NY 10004

VIA ECF