UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEDGRA D. BAKER,<br><br>    Plaintiff,<br><br>v.<br><br>MTA BUS COMPANY, BUTCH MILLER, YVETTE DUKE, SUZETTE POME,<br><br>    Defendants. | 18-CV-12231 (TMR)<br><br>**ORDER** |

Timothy M. Reif, Judge, United States Court of International Trade:

Upon consideration of the parties' pretrial filings, it is hereby

**ORDERED** that the parties and counsel in the above-captioned case shall appear before the court to discuss the status of the litigation on Thursday, December 14, 2023, at 10:00am ET in Courtroom No. 1 of the United States Court of International Trade, 1 Federal Plaza, New York, New York, 10278.

**SO ORDERED.**

Dated: November 22, 2023
New York, New York

/s/ Timothy M. Reif
TIMOTHY M. REIF
Judge, United States Court of
International Trade
*Sitting by Designation*
United States District Court
for the Southern District of New York