UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEDGRA D. BAKER<br><br>  Plaintiff,<br><br>v.<br><br>MTA BUS COMPANY, BUTCH MILLER, YVETTE DUKE, SUZETTE POME,<br><br>  Defendants. | 18-CV-12231 (TMR)<br><br>**ORDER** |

Timothy M. Reif, Judge, United States Court of International Trade:

  Upon consideration of defendant's letter motion requesting an adjournment of the December 14, 2023 status conference in the above captioned action, it is hereby

  **ORDERED** that the aforementioned status conference is hereby **ADJOURNED**; and it is further

  **ORDERED** that counsel are instructed to meet and confer and to propose jointly alternative dates for the status conference, not earlier than January 21, 2024, to include all defendants; and it is further

  **ORDERED** that pursuant to the court's order of November 22, 2023 (ECF No. 109), parties (plaintiff and all defendants) and counsel are to appear before the court in person to discuss the status of the litigation.   The court reminds counsel that requests for extensions and adjournments that are not based on good cause will be denied and that "scheduled vacations, and other commitments known well in advance generally do not constitute good cause."   Individual Rules & Practices in Civil Cases R. 1(F).

The Clerk of the Court is respectfully requested to close the open motion at ECF No. 111.

    **SO ORDERED.**

Dated:  <u>December 11, 2023</u>
       New York, New York

<u>/s/ Timothy M. Reif</u>
Timothy M. Reif, Judge
United States Court of International Trade
*Sitting by Designation*
United States District Court for the
Southern District of New York