UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEDGRA D. BAKER<br><br>    Plaintiff,<br><br>v.<br><br>MTA BUS COMPANY, BUTCH MILLER, YVETTE DUKE, SUZETTE POME,<br><br>    Defendants. | 18-CV-12231 (TMR)<br><br>**ORDER** |

Timothy M. Reif, Judge, United States Court of International Trade:

As instructed by the court at the status conference held on January 24, 2024, it is hereby

**ORDERED** that counsel for plaintiffs shall submit to the court the itemized damages claimed by plaintiff, attaching supporting documents, no later than March 1, 2024; and it is further

**ORDERED** that counsel for defendants shall provide counsel for plaintiff with the information found on the MTA portal to expedite the above submission; and it is further

**ORDERED** that counsel shall confer to determine how the foregoing information shall be submitted to the court; and it is further

**ORDERED** that following receipt of the above submission, the court will instruct counsel to appear for a subsequent status conference.

**SO ORDERED.**

Dated: January 31, 2024
New York, New York

/s/ Timothy M. Reif
Timothy M. Reif, Judge
United States Court of International Trade
*Sitting by Designation*
United States District Court for the
Southern District of New York