# CRAVATH

Alejandro Carvajal
acarvajal@cravath.com
+1-212-474-1109
New York

November 8, 2024

*Baker v. MTA Bus Co., et al.*, Case No. 18-cv-12231 (TMR)

Dear Judge Reif:

  We write on behalf of Plaintiff Nedgra Baker ("Plaintiff" or "Mr. Baker"). Pursuant to Federal Rule of Civil Procedure 5.2(d), Rule 5.B of Your Honor's Individual Rules of Practice and Rules 6 and 21 of the Southern District of New York's ECF Rules & Instructions, Mr. Baker respectfully requests that his damages submission be filed with redactions and that certain exhibits be filed under seal.

  Mr. Baker requests to redact portions of his damages submission and file Exhibits D through N and Exhibits Q through R under seal because they contain sensitive personal information, including Mr. Baker's social security number, sensitive employment history and medical records. Mr. Baker also requests that Exhibit 1 to Defendants' letter be filed under seal. Rule 5.B and ECF Rule 21.4 specifically identify the categories of information that Mr. Baker requests to redact and seal as personal sensitive information that litigants may file under seal without prior court approval.

  Specifically, the damages submission, Exhibits D through N and Exhibit R to Mr. Baker's letter and Exhibit 1 to Defendants' letter contain sensitive information regarding Mr. Baker's "employment history". (*See* ECF Rule No. 21.4.). Exhibit Q is a "medical record, treatment, and diagnosis". (*See id.*) These records are precisely the types of materials courts routinely seal. "[T]ermination and disciplinary records . . . [and] medical records . . . often implicate privacy concerns and have the potential to embarrass the subject employee if [public]." *Duling v. Gristede's Operating Corp.*, 266 F.R.D. 66, 74 (S.D.N.Y. 2010); *see also In re Gen. Motors LLC Ignition Switch Litig.*, 2015 WL 2130904, at *2 n.3 (S.D.N.Y. May 6, 2015) (filings that included plaintiff's "medical information and employment history" filed under seal because "a party may redact such information without prior Court approval"); *United States v. Pirk*, 2018 WL 3118279, at *2 (W.D.N.Y. June 25, 2018) (filings containing information regarding party's employment history filed under seal). As in those cases, the information contained in the damages submission and exhibits have the acute potential to embarrass Mr. Baker and otherwise cause him harm, for example when applying to other jobs.

  On the other hand, there is little or no value to the public in being able to view the narrowly selected, most sensitive specifics of Mr. Baker's employment and medical records. The request is limited in scope and does not impair the public's access to the substantive arguments

| NEW YORK | LONDON | WASHINGTON, D.C. | CRAVATH, SWAINE & MOORE LLP |
|---|---|---|---|
| Worldwide Plaza | CityPoint | 1601 K Street NW | |
| 825 Eighth Avenue | One Ropemaker Street | Washington, D.C. 20006-1682 | |
| New York, NY 10019-7475 | London EC2Y 9HR | T+1-202-869-7700 | |
| T+1-212-474-1000 | T+44-20-7453-1000 | F+1-202-869-7600 | |
| F+1-212-474-3700 | F+44-20-7860-1150 | | |

in Mr. Baker's letter submission.  Additionally, this Court has previously allowed similar information to remain under seal. (*See* Dkts. 90, 96.)

Defendants have advised that they have no objection with respect to Mr. Baker's request.

Respectfully submitted,

CRAVATH, SWAINE & MOORE LLP

BY: */s/ Alejandro Carvajal*

Alejandro Carvajal
Andrew Connery
   Worldwide Plaza
      825 Eighth Avenue
         New York, NY 10019

acarvajal@cravath.com
aconnery@cravath.com

The Honorable Timothy M. Reif
   Court of International Trade
     1 Federal Plaza
       New York, NY 10278

VIA E-Mail

Copy to:

Helene Hechtkopf
Connor Shea
   Hoguet Newman Regal & Kenney, LLP
     60 East 42nd Street, 48th Floor
       New York, NY 10165

VIA E-Mail

**GRANTED.** The court grants plaintiff's motion to redact portions of plaintiff's damages submission and file Exhibits D through N and Exhibits Q through R under seal.  The court also grants plaintiff's motion to have Exhibit 1 to defendants' letter filed under seal. The Clerk of the Court is directed respectfully to close the open motion at ECF No. 128.

SO ORDERED      DATE November 14, 2024

*Timothy Reif*

TIMOTHY M. REIF, JUDGE,
UNITED STATES COURT OF
INTERNATIONAL TRADE
*SITTING BY DESIGNATION*
UNITED STATES DISTRICT
COURT FOR THE SOUTHERN
DISTRICT OF NEW YORK

2