UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEDGRA D. BAKER<br><br>　　　　Plaintiff,<br><br>v.<br><br>MTA BUS COMPANY; ROBERT "BUTCH" MILLER; YONETTE DUKE AND SUZETTE POME,<br><br>　　　　Defendants. | 18-CV-12231 (TMR)<br><br>**<u>ORDER</u>** |

<u>Timothy M. Reif, Judge, United States Court of International Trade</u>:

　　　Upon consideration of the Proposed Amended Joint Stipulated Pre-Trial Order (ECF No. 136), it is hereby

　　　**ORDERED** that a jury trial in the above-captioned case shall begin on Monday, February 23, 2026, at 9:00am ET in Courtroom No. 4 of the United States Court of International Trade, 1 Federal Plaza, New York, New York, 10278.

**SO ORDERED.**

Dated: <u>September 9, 2025</u>
　　　　New York, New York

　　　　　　　　　　　　　　　　<u>/s/ Timothy M. Reif</u>
　　　　　　　　　　　　　　　　Timothy M. Reif, Judge
　　　　　　　　　　　　　　　　United States Court of International Trade
　　　　　　　　　　　　　　　　*Sitting by Designation*
　　　　　　　　　　　　　　　　United States District Court for the
　　　　　　　　　　　　　　　　Southern District of New York