UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| **NEDGRA D. BAKER,**<br><br>        Plaintiff,<br><br>v.<br><br>**MTA BUS COMPANY; ROBERT "BUTCH" MILLER; YONETTE DUKE AND SUZETTE POME,**<br><br>        Defendants. | 18-CV-12231 (TMR)<br><br>**ORDER** |

Timothy M. Reif, Judge, United States Court of International Trade:

It is hereby

**ORDERED** that defendants shall file their response to plaintiff's motion in

limine (ECF No. 143) by **Friday, May 8, 2026.**

**SO ORDERED.**

Dated: April 23, 2026
        New York, New York

/s/ Timothy M. Reif
Timothy M. Reif, Judge
United States Court of International Trade
*Sitting by Designation*
United States District Court for the
Southern District of New York