**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

NEDGRA D. BAKER,

Plaintiff,

18 **CIVIL** 12231 (TMR)(KHP)

-against-

**JUDGMENT**

MTA BUS COMPANY; ROBERT "BUTCH" MILLER; YVETTE DUKE AND SUZETTE POME,

Defendant.

-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial before the Honorable Timothy M. Reif, Judge, United States Court of International Trade, sitting by designation in the Southern District of New York, Plaintiff Nedgra D. Baker have judgment in the sum of $ 2,217,500.00 as against the defendants.

**DATED:** New York, New York
July 27, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**So Ordered:**

**BY:**

**Judge, United States Court of International Trade,**
***Sitting by Designation in Southern District of New York***

**Deputy Clerk**